**Order entered January 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00624-CV

### ISAAC CLAY, Appellant

### V.

### VICKY CLAY, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54284-04**

## ORDER

We **DENY** appellant's December 27, 2013 motion for an extension of time to file an amended brief. We **STRIKE** the amended brief tendered to this Court by appellant on November 25, 2013.

/s/     ADA BROWN
         JUSTICE